**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON KLOTZ, | Case No. EDCV 11-57 VAP (OPx) |
| Plaintiff, | HON. VIRGINIA A. PHILLIPS <br> CRTM 2 |
| v. | |
| H&R BLOCK ENTERPRISES, INC.; an unknown entity; H&R BLOCK ENTERPRISES, LLC; and DOES 1 through 25, inclusive, | ORDER OF DISMISSAL |
| Defendants. | |

ORDER

Based upon the Joint Stipulation of Dismissal of the parties that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and that each Party agrees to bear his or its own costs and attorney's fees and for good cause shown, the Stipulation of Dismissal is hereby granted.

IT IS SO ORDERED.

Dated: 12/23/2011

*Virginia A. Phillips*
Hon. Virginia A. Phillips
United States District Court Judge

1
[PROPOSED] ORDER OF DISMISSAL

14051975v.1

Presented by:

SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
Sheryl L. Skibbe (SBN 199441)
Max S. Sank (SBN 211587)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
H&R BLOCK ENTERPRISES LLC,
successor by merger to H&R BLOCK
ENTERPRISES, INC.

By: _____/s/   Sheryl L. Skibbe_____